**FILED**

12/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0664

IN THE SUPREME COURT FOR THE STATE OF MONTANA

No. DA 23-0664

_____

WALTER JOEY OVERSTREET,

        Plaintiff/Appellant,

   vs.

ERIC FETTERHOFF, in his official and
individual capacities, JOHN DOES 3-7,
BARBARA WATSON, Individually, and
WATSON CRASH RECONSTRUCTION,
LLC, MONTANA HIGHWAY PATROL,
and PARK COUNTY, MONTANA,
a political subdivision, Bruce Becker,
individually, and as Park County Attorney,
Shannan Piccolo, individually, and as
Deputy Park County Attorney, STATE OF
MONTANA, and KENDRA LASSITER,
Individually, and in her official capacity as
 Park County Attorney,

        Defendants/Appellees.

_____

ORDER

_____

Upon consideration of Appellant's motion for a 30-day extension of time, and good

cause therefrom;

Appellant is granted an extension of time to and including January 28, 2024, within

which to prepare, file, and serve the opening brief.

Signed this _____day of _____ 2023.

_____

Bowen Greenwood, Clerk of the Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 27 2023